**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel A. Formica            CHAPTER 13
       Marcie A. Formica fka Marcie Carr

                 BKY. NO. 19-17854 AMC

             Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                 Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
18 Nov 2020, 16:42:40, EST

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322