## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    **Formica, Daniel A**
    **Formica, Marcie A**
        **Debtors**                       : 19-17854

### CERTIFICATE OF SERVICE

    I certify that on <u>February 23, 2021</u>, I mailed by regular first class mail a copy of the Debtors' Motion to Avoid Lien Impairing Exemption-Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion.

Dated:<u>February 23, 2021</u>

                "/s/" Mitchell J. Prince
                John L. McClain, Esquire
                Mitchell J. Prince, Esquire
                Attorneys for debtors

**JOHN L. MCCLAIN & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
**P.O. Box 123**
**Narberth, PA 19072**

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MIDLAND FUNDING, LLC
c/o MIDLAND CREDIT MANAGEMENT, INC.
P.O. Box 2011
Warren, MI 48090
ATTN: Christina Barnes
(address where bankruptcy notices are to be sent per Proof of Claim filed)

Daniel A and Marcie A Formica
1146 School House Lane
Quakertown, PA 18951