**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| **Formica, Daniel A** | |
| **Formica, Marcie A** | |
| **Debtors** | **: 19-17854** |

### CERTIFICATE OF SERVICE

I certify that on February 23, 2021 , I mailed by regular first class mail a copy of the Debtors' Motion to Avoid Lien Impairing Exemption-Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion.

Dated: February 23, 2021

                      "/s/" Mitchell J. Prince
                      John L. McClain, Esquire
                      Mitchell J. Prince, Esquire
                      Attorneys for debtors

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MIDLAND FUNDING, LLC
c/o MIDLAND CREDIT MANAGEMENT, INC.
P.O. Box 2011
Warren, MI 48090
ATTN: Christina Barnes
(address where bankruptcy notices are to be sent per Proof of Claim filed)

Daniel A and Marcie A Formica
1146 School House Lane
Quakertown, PA 18951