# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
  **Daniel A Formica** : Case No.: 19-17854
  **Marcie A Formica FKA Marcie Carr** : Chapter 13
: Judge Ashely M. Chan
  **Debtor(s).** : * * * * * * * * * * * * * * * * * * * * * * * *
:
:

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

20-002912_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-17854 |
| **Daniel A Formica** | : Chapter 13 |
| **Marcie A Formica FKA Marcie Carr** | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Daniel A Formica** | : |
| **Marcie A Formica FKA Marcie Carr** | : |
| | : |
| **Scott F. Waterman** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

John L. McClain, Attorney for Daniel A Formica and Marcie A Formica FKA Marcie Carr, John L. McClain and Associates, Temporary Covid-19 address, 1851 CR 27, Owls Head, NY 12969, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

Daniel A Formica and Marcie A Formica FKA Marcie Carr, 1146 School House Lane, Quakertown, PA  18951

DATE: March 10, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

20-002912_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-002912_PS