United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daniel A Formica  
Marcie A Formica  
    Debtors

Case No. 19-17854-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel A Formica, Marcie A Formica, 1146 School House Lane, Quakertown, PA 18951-2453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NA paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Daniel A Formica aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Marcie A Formica aaamcclain@aol.com edpabankcourt@aol.com |
| MARIO J. HANYON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
  Formica, Daniel A
  Formica, Marcie A
          Debtors               : 19-17854

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $7,500.00 and $27.00 in expenses.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $0.00 which was paid by the Debtors pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:**

**Date: March 22, 2021**

_____
Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**