IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Formica, Daniel A
    Formica, Marcie A
        Debtors : 19-17854

## ORDER

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by MIDLAND FUNDING, LLC, ("the Respondent") in personal property and/or real property of the Debtor located at 1146 School House Lane, Quakertown, PA 18951,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered in the District Court of Bucks County at Docket No. MJ-07205-CV-000330-2018 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED**, effective only upon entry of the Debtor's discharge.

**Date: March 25, 2021**

**Date:** _____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE