United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17854-amc
Daniel A Formica  Chapter 13
Marcie A Formica
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

**Recip ID       Recipient Name and Address**
db/jdb          + Daniel A Formica, Marcie A Formica, 1146 School House Lane, Quakertown, PA 18951-2453

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

**Name                   Email Address**

JEROME B. BLANK
                        on behalf of Creditor PNC BANK   NA paeb@fedphe.com

JEROME B. BLANK
                        on behalf of Creditor PNC BANK   NATIONAL ASSOCIATION, et.al. paeb@fedphe.com

JOHN L. MCCLAIN
                        on behalf of Debtor Daniel A Formica aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
                        on behalf of Joint Debtor Marcie A Formica aaamcclain@aol.com  edpabankcourt@aol.com

MARIO J. HANYON
                        on behalf of Creditor PNC BANK   NATIONAL ASSOCIATION, et.al. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
        on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. paeb@fedphe.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Formica, Daniel A
Formica, Marcie A
   Debtors : 19-17854

## ORDER

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by MIDLAND FUNDING, LLC, ("the Respondent") in personal property and/or real property of the Debtor located at 1146 School House Lane, Quakertown, PA 18951,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered in the District Court of Bucks County at Docket No. MJ-07205-CV-0000089-2019 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED**, effective only upon entry of the Debtor's discharge.

Date:

**Date: March 25, 2021**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE