Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-17854-AMC**

Daniel A Formica  
Marcie A Formica  
1146 School House Lane  
Quakertown  PA    18951

Petition Filed Date: 12/18/2019  
341 Hearing Date: 02/07/2020  
Confirmation Date: 08/26/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $188.75 | 9663 | 01/21/2020 | $188.75 | 9770 | 01/28/2020 | $188.75 | 9893 |
| 02/03/2020 | $188.75 | 9956 | 02/11/2020 | $188.75 | 1028 | 02/11/2020 | $188.75 | 1103 |
| 02/24/2020 | $188.75 | 1192 | 02/25/2020 | $188.75 | 1260 | 03/09/2020 | $188.75 | 1355 |
| 03/13/2020 | $188.75 | 1468 | 03/23/2020 | $188.75 | 1544 | 03/24/2020 | $188.75 | 1632 |
| 03/31/2020 | $188.75 | 1706 | 04/08/2020 | $188.75 | 1790 | 04/17/2020 | $188.75 | 1851 |
| 04/21/2020 | $188.75 | 1878 | 05/05/2020 | $188.75 | 02006 | 05/06/2020 | $188.75 | 2098 |
| 05/18/2020 | $188.75 | 2170 | 05/20/2020 | $188.75 | 2251 | 05/27/2020 | $188.75 | 2283 |
| 06/11/2020 | $188.75 | 2417 | 06/11/2020 | $188.75 | 2503 | 06/23/2020 | $188.75 | 2597 |
| 06/30/2020 | $188.75 | 2682 | 07/10/2020 | $188.75 | 2787 | 07/14/2020 | $188.75 | 2894 |
| 07/21/2020 | $188.75 | 2961 | 07/22/2020 | $188.75 | 03055 | 08/10/2020 | $188.75 | 3266 |
| 08/10/2020 | $188.75 | 3265 | 08/24/2020 | $188.75 | 3468 | 08/26/2020 | $188.75 | 03548 |
| 09/09/2020 | $188.75 | 3663 | 09/09/2020 | $188.75 | 3694 | 09/17/2020 | $188.75 | 3851 |
| 09/23/2020 | $188.75 | 3944 | 10/02/2020 | $188.75 | 4088 | 10/09/2020 | $188.75 | 4153 |
| 10/16/2020 | $230.00 | 4235 | 10/21/2020 | $230.00 | 04321 | 10/27/2020 | $230.00 | 4406 |
| 11/10/2020 | $230.00 | 4499 | 11/12/2020 | $230.00 | 4583 | 11/17/2020 | $230.00 | 4664 |
| 11/25/2020 | $230.00 | 4744 | 12/04/2020 | $230.00 | 4820 | 12/08/2020 | $230.00 | 4904 |
| 12/17/2020 | $230.00 | 4980 | 01/05/2021 | $230.00 | 5067 | 01/06/2021 | $230.00 | 5206 |
| 01/20/2021 | $230.00 | 5207 | 01/22/2021 | $230.00 | 5407 | 01/22/2021 | $230.00 | 5406 |
| 02/23/2021 | $230.00 | 5679 | 02/23/2021 | $230.00 | 5678 | 02/23/2021 | $230.00 | 5680 |
| 03/02/2021 | $230.00 | 5473 | 03/12/2021 | $230.00 | 5873 | 03/16/2021 | $230.00 | 5805 |
| 03/17/2021 | $230.00 | 5936 | 03/17/2021 | $230.00 | 5937 | 03/23/2021 | $230.00 | MCCARTHY 06 |
| 04/07/2021 | $230.00 |  | 04/09/2021 | $230.00 |  | 04/16/2021 | $230.00 |  |
| 04/23/2021 | $230.00 |  | 04/30/2021 | $230.00 |  | 05/07/2021 | $230.00 |  |
| 05/14/2021 | $230.00 |  | 05/21/2021 | $230.00 |  | 06/01/2021 | $230.00 |  |
| 06/07/2021 | $230.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $15,181.25    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,181.25**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel A Formica | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $661.21 | $0.00 | $661.21 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  002 | Unsecured Creditors | $546.44 | $0.00 | $546.44 |

**Chapter 13 Case No. 19-17854-AMC**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $278.27 | $0.00 | $278.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $1,127.60 | $0.00 | $1,127.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $2,207.47 | $0.00 | $2,207.47 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,459.11 | $0.00 | $1,459.11 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $749.59 | $0.00 | $749.59 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $962.24 | $0.00 | $962.24 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $641.57 | $0.00 | $641.57 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,137.71 | $0.00 | $1,137.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $664.81 | $0.00 | $664.81 |
| 12 | BECKET & LEE, LLP »» 012 | Unsecured Creditors | $904.77 | $0.00 | $904.77 |
| 13 | BECKET & LEE, LLP »» 013 | Unsecured Creditors | $2,444.70 | $0.00 | $2,444.70 |
| 14 | CAVALRY INVESTMENTS LLC »» 014 | Unsecured Creditors | $1,376.09 | $0.00 | $1,376.09 |
| 15 | JP MORGAN CHASE BANK NA »» 015 | Secured Creditors | $12,835.00 | $1,877.59 | $10,957.41 |
| 16 | PNC BANK NA »» 016 | Mortgage Arrears | $18,428.35 | $2,695.83 | $15,732.52 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $691.29 | $0.00 | $691.29 |
| 18 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 018 | Unsecured Creditors | $341.66 | $0.00 | $341.66 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 019 | Unsecured Creditors | $365.68 | $0.00 | $365.68 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 020 | Unsecured Creditors | $4,557.25 | $0.00 | $4,557.25 |
| 21 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 021 | Unsecured Creditors | $989.23 | $0.00 | $989.23 |
| 22 | BUCKS COUNTY WATER&SEWER AUTH »» 022 | Unsecured Creditors | $505.45 | $0.00 | $505.45 |
| 23 | TD BANK USA NA »» 023 | Unsecured Creditors | $821.87 | $0.00 | $821.87 |
| 24 | TD BANK USA NA »» 024 | Unsecured Creditors | $2,648.45 | $0.00 | $2,648.45 |
| 25 | SYNCHRONY BANK »» 025 | Unsecured Creditors | $511.57 | $0.00 | $511.57 |
| 26 | PPL »» 026 | Unsecured Creditors | $1,395.21 | $0.00 | $1,395.21 |
| 27 | AMERICAN HERITAGE CREDIT UNION »» 027 | Secured Creditors | $9,515.18 | $1,391.94 | $8,123.24 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,527.00 | $7,527.00 | $0.00 |

**Chapter 13 Case No. 19-17854-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,181.25 | Current Monthly Payment: | $920.00 |
| Paid to Claims: | $13,492.36 | Arrearages: | ($838.25) |
| Paid to Trustee: | $1,274.89 | Total Plan Base: | $53,903.00 |
| Funds on Hand: | $414.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.