**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    Formica, Daniel A
    Formica, Marcie A                 :        19-17854

    **Debtors**                              :

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtors' Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on November 24, 2021.

    "/s/" Mitchell J. Prince, Esquire
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant PNC BANK, NATIONAL ASSOCIATION