Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-17854-AMC**

Daniel A Formica  
Marcie A Formica  
1146 School House Lane  
Quakertown  PA    18951

Petition Filed Date: 12/18/2019  
341 Hearing Date: 02/07/2020  
Confirmation Date: 08/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $230.00 | | 04/09/2021 | $230.00 | | 04/16/2021 | $230.00 | |
| 04/23/2021 | $230.00 | | 04/30/2021 | $230.00 | | 05/07/2021 | $230.00 | |
| 05/14/2021 | $230.00 | | 05/21/2021 | $230.00 | | 06/01/2021 | $230.00 | |
| 06/07/2021 | $230.00 | | 06/11/2021 | $230.00 | | 06/18/2021 | $230.00 | |
| 06/28/2021 | $230.00 | | 07/02/2021 | $230.00 | | 07/12/2021 | $230.00 | |
| 07/16/2021 | $230.00 | | 07/26/2021 | $230.00 | | 07/30/2021 | $230.00 | |
| 08/06/2021 | $230.00 | | 08/13/2021 | $230.00 | | 08/23/2021 | $230.00 | |
| 08/27/2021 | $230.00 | | 09/07/2021 | $230.00 | | 09/13/2021 | $230.00 | |
| 09/17/2021 | $230.00 | | 09/28/2021 | $230.00 | | 10/01/2021 | $230.00 | |
| 10/08/2021 | $230.00 | | 10/18/2021 | $230.00 | | 10/22/2021 | $230.00 | |
| 10/29/2021 | $230.00 | | 11/05/2021 | $230.00 | | 11/16/2021 | $230.00 | |
| 11/22/2021 | $230.00 | | 11/29/2021 | $230.00 | | 12/06/2021 | $230.00 | |
| 12/10/2021 | $230.00 | | 12/20/2021 | $230.00 | | 12/28/2021 | $230.00 | |
| 01/03/2022 | $230.00 | | 01/07/2022 | $230.00 | | 01/18/2022 | $230.00 | |
| 01/24/2022 | $230.00 | | 01/28/2022 | $230.00 | | 02/04/2022 | $230.00 | |
| 02/11/2022 | $230.00 | | 02/22/2022 | $230.00 | | 02/28/2022 | $230.00 | |
| 03/04/2022 | $230.00 | | 03/11/2022 | $230.00 | | 03/21/2022 | $230.00 | |
| 03/25/2022 | $230.00 | | 04/04/2022 | $230.00 | | 04/08/2022 | $230.00 | |
| 04/18/2022 | $230.00 | | 04/25/2022 | $230.00 | | 04/29/2022 | $230.00 | |
| 05/06/2022 | $230.00 | | 05/13/2022 | $230.00 | | 05/20/2022 | $230.00 | |
| 05/31/2022 | $230.00 | | 06/06/2022 | $230.00 | | 06/10/2022 | $230.00 | |
| 06/17/2022 | $230.00 | | 06/27/2022 | $230.00 | | 07/01/2022 | $230.00 | |
| 07/12/2022 | $230.00 | | 07/15/2022 | $230.00 | | 07/25/2022 | $230.00 | |
| 07/29/2022 | $230.00 | | | | | | | |

**Total Receipts for the Period:  $16,100.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $28,981.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel A Formica | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $661.21 | $0.00 | $661.21 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  002 | Unsecured Creditors | $546.44 | $0.00 | $546.44 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $278.27 | $0.00 | $278.27 |

**Chapter 13 Case No. 19-17854-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $1,127.60 | $0.00 | $1,127.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $2,207.47 | $0.00 | $2,207.47 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,459.11 | $0.00 | $1,459.11 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $749.59 | $0.00 | $749.59 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $962.24 | $0.00 | $962.24 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $641.57 | $0.00 | $641.57 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,137.71 | $0.00 | $1,137.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $664.81 | $0.00 | $664.81 |
| 12 | BECKET & LEE, LLP »» 012 | Unsecured Creditors | $904.77 | $0.00 | $904.77 |
| 13 | BECKET & LEE, LLP »» 013 | Unsecured Creditors | $2,444.70 | $0.00 | $2,444.70 |
| 14 | CAVALRY SPV INVESTMENTS LLC »» 014 | Unsecured Creditors | $1,376.09 | $0.00 | $1,376.09 |
| 15 | JP MORGAN CHASE BANK NA »» 015 | Secured Creditors | $12,835.00 | $5,847.59 | $6,987.41 |
| 16 | PNC BANK NA »» 016 | Mortgage Arrears | $18,428.35 | $8,395.89 | $10,032.46 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $691.29 | $0.00 | $691.29 |
| 18 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 018 | Unsecured Creditors | $341.66 | $0.00 | $341.66 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 019 | Unsecured Creditors | $365.68 | $0.00 | $365.68 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 020 | Unsecured Creditors | $4,557.25 | $0.00 | $4,557.25 |
| 21 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 021 | Unsecured Creditors | $989.23 | $0.00 | $989.23 |
| 22 | BUCKS COUNTY WATER&SEWER AUTH »» 022 | Unsecured Creditors | $505.45 | $0.00 | $505.45 |
| 23 | TD BANK USA NA »» 023 | Unsecured Creditors | $821.87 | $0.00 | $821.87 |
| 24 | TD BANK USA NA »» 024 | Unsecured Creditors | $2,648.45 | $0.00 | $2,648.45 |
| 25 | SYNCHRONY BANK »» 025 | Unsecured Creditors | $511.57 | $0.00 | $511.57 |
| 26 | PPL »» 026 | Unsecured Creditors | $1,395.21 | $0.00 | $1,395.21 |
| 27 | AMERICAN HERITAGE CREDIT UNION »» 027 | Secured Creditors | $9,515.18 | $4,335.09 | $5,180.09 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,527.00 | $7,527.00 | $0.00 |

**Chapter 13 Case No. 19-17854-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,981.25 | Current Monthly Payment: | $920.00 |
| Paid to Claims: | $26,105.57 | Arrearages: | ($1,758.25) |
| Paid to Trustee: | $2,452.48 | Total Plan Base: | $53,903.00 |
| Funds on Hand: | $423.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.