Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-17854-AMC**

Daniel A Formica  
Marcie A Formica  
1146 School House Lane  
Quakertown  PA   18951

Petition Filed Date: 12/18/2019  
341 Hearing Date: 02/07/2020  
Confirmation Date: 08/26/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $230.00 | | 08/12/2022 | $230.00 | | 08/23/2022 | $230.00 | |
| 08/26/2022 | $230.00 | | 09/02/2022 | $230.00 | | 09/12/2022 | $230.00 | |
| 09/16/2022 | $230.00 | | 09/23/2022 | $230.00 | | 09/30/2022 | $230.00 | |
| 10/07/2022 | $230.00 | | 10/17/2022 | $230.00 | | 10/24/2022 | $230.00 | |
| 10/31/2022 | $230.00 | | 11/04/2022 | $230.00 | | 11/14/2022 | $230.00 | |
| 11/21/2022 | $230.00 | | 11/28/2022 | $230.00 | | 12/02/2022 | $230.00 | |
| 12/12/2022 | $230.00 | | 12/19/2022 | $230.00 | | 12/27/2022 | $230.00 | |
| 01/03/2023 | $230.00 | | 01/09/2023 | $230.00 | | 01/13/2023 | $230.00 | |
| 01/23/2023 | $230.00 | | 01/27/2023 | $230.00 | | 02/03/2023 | $230.00 | |
| 02/10/2023 | $230.00 | | 02/21/2023 | $230.00 | | 02/27/2023 | $230.00 | |
| 03/03/2023 | $230.00 | | 03/10/2023 | $230.00 | | 03/20/2023 | $230.00 | |
| 03/24/2023 | $230.00 | | 03/31/2023 | $230.00 | | 04/07/2023 | $230.00 | |
| 04/14/2023 | $230.00 | | 04/24/2023 | $230.00 | | 04/28/2023 | $230.00 | |
| 05/05/2023 | $230.00 | | 05/12/2023 | $230.00 | | 05/19/2023 | $230.00 | |
| 05/26/2023 | $230.00 | | 06/05/2023 | $230.00 | | 06/09/2023 | $230.00 | |
| 06/16/2023 | $230.00 | | 06/26/2023 | $230.00 | | 06/30/2023 | $230.00 | |
| 07/10/2023 | $230.00 | | 07/14/2023 | $230.00 | | 07/24/2023 | $230.00 | |
| 07/28/2023 | $230.00 | | | | | | | |

**Total Receipts for the Period: $11,960.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $41,171.25**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel A Formica | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $661.21 | $0.00 | $661.21 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $546.44 | $0.00 | $546.44 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $278.27 | $0.00 | $278.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $1,127.60 | $0.00 | $1,127.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $2,207.47 | $0.00 | $2,207.47 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,459.11 | $0.00 | $1,459.11 |

**Chapter 13 Case No. 19-17854-AMC**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $749.59 | $0.00 | $749.59 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $962.24 | $0.00 | $962.24 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $641.57 | $0.00 | $641.57 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,137.71 | $0.00 | $1,137.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $664.81 | $0.00 | $664.81 |
| 12 | CAPITAL ONE NA »» 012 | Unsecured Creditors | $904.77 | $0.00 | $904.77 |
| 13 | CAPITAL ONE NA »» 013 | Unsecured Creditors | $2,444.70 | $0.00 | $2,444.70 |
| 14 | CAVALRY SPV INVESTMENTS LLC »» 014 | Unsecured Creditors | $1,376.09 | $0.00 | $1,376.09 |
| 15 | JP MORGAN CHASE BANK NA »» 015 | Secured Creditors | $12,835.00 | $9,299.97 | $3,535.03 |
| 16 | PNC BANK NA »» 016 | Mortgage Arrears | $18,428.35 | $13,352.79 | $5,075.56 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $691.29 | $0.00 | $691.29 |
| 18 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 018 | Unsecured Creditors | $341.66 | $0.00 | $341.66 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 019 | Unsecured Creditors | $365.68 | $0.00 | $365.68 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 020 | Unsecured Creditors | $4,557.25 | $0.00 | $4,557.25 |
| 21 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 021 | Unsecured Creditors | $989.23 | $0.00 | $989.23 |
| 22 | BUCKS COUNTY WATER&SEWER AUTH »» 022 | Unsecured Creditors | $505.45 | $0.00 | $505.45 |
| 23 | TD BANK USA NA »» 023 | Unsecured Creditors | $821.87 | $0.00 | $821.87 |
| 24 | TD BANK USA NA »» 024 | Unsecured Creditors | $2,648.45 | $0.00 | $2,648.45 |
| 25 | SYNCHRONY BANK »» 025 | Unsecured Creditors | $511.57 | $0.00 | $511.57 |
| 26 | PPL »» 026 | Unsecured Creditors | $1,395.21 | $0.00 | $1,395.21 |
| 27 | AMERICAN HERITAGE FEDERAL CREDIT UNION »» 027 | Secured Creditors | $9,515.18 | $6,894.52 | $2,620.66 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,527.00 | $7,527.00 | $0.00 |

**Chapter 13 Case No. 19-17854-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,171.25 | Current Monthly Payment: | $920.00 |
| Paid to Claims: | $37,074.28 | Arrearages: | ($2,908.25) |
| Paid to Trustee: | $3,469.07 | Total Plan Base: | $53,903.00 |
| Funds on Hand: | $627.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.