| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17854-AMC**

Daniel A Formica
Marcie A Formica
1146 School House Lane
Quakertown  PA     18951

Petition Filed Date: 12/18/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 08/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $230.00 | | 08/11/2023 | $230.00 | | 08/21/2023 | $230.00 | |
| 08/25/2023 | $230.00 | | 09/01/2023 | $230.00 | | 09/11/2023 | $230.00 | |
| 09/19/2023 | $230.00 | | 09/22/2023 | $230.00 | | 09/29/2023 | $230.00 | |
| 10/16/2023 | $460.00 | | 10/26/2023 | $460.00 | | 11/09/2023 | $460.00 | |
| 12/14/2023 | $460.00 | | 01/09/2024 | $920.00 | | 02/06/2024 | $920.00 | |
| 03/07/2024 | $920.00 | | 04/08/2024 | $920.00 | | 05/07/2024 | $920.00 | |
| 06/07/2024 | $920.00 | | 07/09/2024 | $920.00 | | | | |

**Total Receipts for the Period: $10,350.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $52,211.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel A Formica | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $661.21 | $22.73 | $638.48 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  002 | Unsecured Creditors | $546.44 | $18.79 | $527.65 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $278.27 | $0.00 | $278.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,127.60 | $38.77 | $1,088.83 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $2,207.47 | $75.90 | $2,131.57 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $1,459.11 | $50.16 | $1,408.95 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $749.59 | $25.77 | $723.82 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $962.24 | $33.09 | $929.15 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $641.57 | $22.06 | $619.51 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $1,137.71 | $39.12 | $1,098.59 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $664.81 | $22.86 | $641.95 |
| 12 | CAPITAL ONE NA<br>»»  012 | Unsecured Creditors | $904.77 | $31.11 | $873.66 |

**Chapter 13 Case No. 19-17854-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE NA<br>»» 013 | Unsecured Creditors | $2,444.70 | $84.05 | $2,360.65 |
| 14 | CAVALRY SPV INVESTMENTS LLC<br>»» 014 | Unsecured Creditors | $1,376.09 | $47.31 | $1,328.78 |
| 15 | JP MORGAN CHASE BANK NA<br>»» 015 | Secured Creditors | $11,223.73 | $11,223.73 | $0.00 |
| 16 | PNC BANK NA<br>»» 016 | Mortgage Arrears | $18,428.35 | $18,428.35 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 017 | Unsecured Creditors | $691.29 | $23.77 | $667.52 |
| 18 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 018 | Unsecured Creditors | $341.66 | $0.00 | $341.66 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 019 | Unsecured Creditors | $365.68 | $0.00 | $365.68 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 020 | Unsecured Creditors | $4,557.25 | $156.69 | $4,400.56 |
| 21 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 021 | Unsecured Creditors | $989.23 | $34.01 | $955.22 |
| 22 | BUCKS COUNTY WATER&SEWER AUTH<br>»» 022 | Unsecured Creditors | $505.45 | $17.38 | $488.07 |
| 23 | TD BANK USA NA<br>»» 023 | Unsecured Creditors | $821.87 | $28.25 | $793.62 |
| 24 | TD BANK USA NA<br>»» 024 | Unsecured Creditors | $2,648.45 | $91.06 | $2,557.39 |
| 25 | SYNCHRONY BANK<br>»» 025 | Unsecured Creditors | $511.57 | $17.59 | $493.98 |
| 26 | PPL<br>»» 026 | Unsecured Creditors | $1,395.21 | $47.97 | $1,347.24 |
| 27 | AMERICAN HERITAGE CREDIT UNION<br>»» 027 | Secured Creditors | $9,515.18 | $9,515.18 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,527.00 | $7,527.00 | $0.00 |
| 28 | MIDLAND CREDIT MANAGEMENT INC AS AGENT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PNC BANK NA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | ADVANCED DISPOSAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | DELMARVA COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | EOS CCA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | FIN RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | NATIONAL RECOVERY AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | RADIUS GLOBAL SOLUTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | SOUTHWEST CREDIT SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17854-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,211.25 | Current Monthly Payment: | $920.00 |
| Paid to Claims: | $47,622.70 | Arrearages: | ($1,988.25) |
| Paid to Trustee: | $4,554.65 | Total Plan Base: | $53,903.00 |
| Funds on Hand: | $33.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.