United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-17854-amc

Daniel A Formica                                                Chapter 13

Marcie A Formica

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 2

Date Rcvd: Oct 22, 2024                 Form ID: 212                   Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel A Formica, Marcie A Formica, 1146 School House Lane, Quakertown, PA 18951-2453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NA bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NA jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOHN L. MCCLAIN | |

on behalf of Joint Debtor Marcie A Formica aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
                    on behalf of Debtor Daniel A Formica aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

MARIO J. HANYON
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. wbecf@brockandscott.com,
                    mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

THOMAS SONG
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                        Chapter: 13

    Daniel A Formica and Marcie A Formica

Debtor(s)                                                  Case No: 19−17854−amc

---

### *ORDER*

    AND NOW, October 22, 2024, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Chief Judge, United States
Bankruptcy Court