United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17854-amc |
| Daniel A Formica | Chapter 13 |
| Marcie A Formica | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 25, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel A Formica, Marcie A Formica, 1146 School House Lane, Quakertown, PA 18951-2453 |
| 14441206 | + | Advanced Disposal, 1798 Hagemann Dr, 2nd Fl, Batavia, IL 60510-1525 |
| 14441207 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14469177 | + | BC&WSA, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14441210 | + | BCWSA, PO Box 3895, Lancaster, PA 17604-3895 |
| 14441212 | + | Delmarva Col, Pob 37, Salisbury, MD 21803-0037 |
| 14448430 | | PNC BANK, NATIONAL ASSOCIATION, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14562355 | + | PNC Bank National Association, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14448622 | | PNC Bank National Association,et al, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14441221 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 26 2024 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2024 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14441208 | | Email/Text: collectors@arresourcesinc.com | Oct 26 2024 01:13:00 | Ar Resources, Pob 1056, Blue Bell, PA 19422 |
| 14441211 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 26 2024 01:13:00 | Credit Corp Solutions, 121 W Election Rd Ste 20, Draper, UT 84020 |
| 14457417 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2024 00:56:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14457519 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2024 01:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14458939 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2024 01:14:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14562175 | ^ | MEBN | Oct 26 2024 00:27:01 | Enter Movant of Client, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14441213 | + | Email/Text: bankruptcydepartment@tsico.com | | |

Case 19-17854-amc   Doc 88   Filed 10/27/24   Entered 10/28/24 00:34:52   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 26 2024 01:14:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14441214 | ^ | MEBN | | |
| | | | Oct 26 2024 00:26:59 | Fin Recovery, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14457472 | | Email/Text: amps@manleydeas.com | | |
| | | | Oct 26 2024 01:13:00 | JP Morgan Chase Bank NA, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14458552 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 26 2024 00:56:06 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14441216 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 26 2024 00:57:15 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 14456823 | | Email/Text: amps@manleydeas.com | | |
| | | | Oct 26 2024 01:13:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14441217 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 26 2024 01:13:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14441218 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 26 2024 01:14:00 | Midland Credit Management, Inc as agent, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14464580 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 26 2024 01:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14441219 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 26 2024 01:14:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14466191 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 26 2024 01:14:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14441220 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Oct 26 2024 01:14:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14502882 | + | Email/Text: bnc@bass-associates.com | | |
| | | | Oct 26 2024 01:13:00 | Oliphant USA LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14502722 | + | Email/Text: bnc@bass-associates.com | | |
| | | | Oct 26 2024 01:13:00 | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14462647 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 26 2024 01:13:00 | PNC BANK, N.A., Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14441222 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 26 2024 01:13:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14453639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 26 2024 00:57:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14441224 | ^ | MEBN | | |
| | | | Oct 26 2024 00:27:05 | PPL Electric Utilities, 2 North 9th Street, CPC-Genn1, Allentwon, PA 18101-1139 |
| 14441223 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 26 2024 01:18:57 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14449119 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Oct 26 2024 01:13:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14441225 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Oct 26 2024 01:13:00 | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 14472001 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 26 2024 01:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14441226 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Oct 26 2024 01:14:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14472409 | | Email/Text: bncmail@w-legal.com | | |

Case 19-17854-amc   Doc 88   Filed 10/27/24   Entered 10/28/24 00:34:52   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | Oct 26 2024 01:13:00 | TD Bank USA, N.A., PO BOX 3978, SEATTLE, WA 98121 |
|---|---|---|---|---|
| 14471984 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 26 2024 01:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14441227 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 26 2024 01:13:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14441228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 26 2024 01:19:08 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14441209 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14457428 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14521000 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14441215 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK   N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK   NA bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK   NATIONAL ASSOCIATION, et.al. bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK   NA jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK   NATIONAL ASSOCIATION, et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOHN L. MCCLAIN | on behalf of Debtor Daniel A Formica aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Marcie A Formica aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 25, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

MARIO J. HANYON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*Form 138OBJ* (6/24)−doc 87 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  Daniel A Formica                      Case No. 19−17854−amc

  Marcie A Formica                 Chapter: 13
  fka Marcie Carr
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                 Eastern District of Pennsylvania
                     900 Market Street
                         Suite 400
                   Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 25, 2024                                                                                For The Court

                                                                                                         Timothy B. McGrath
                                                                                                         Clerk of Court