United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17854-amc |
| Daniel A Formica | Chapter 13 |
| Marcie A Formica | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 27, 2024 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel A Formica, Marcie A Formica, 1146 School House Lane, Quakertown, PA 18951-2453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 27 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 138FIN | Total Noticed: 3 |

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK  NA bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor PNC BANK  NA jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Marcie A Formica aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
    on behalf of Debtor Daniel A Formica aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

MARIO J. HANYON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138FIN* (6/24)−doc 92 − 91

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Daniel A Formica ) | Case No. 19−17854−amc |
| )<br>  )<br>  Marcie A Formica )<br>  fka Marcie Carr )<br>   Debtor(s). ) | Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: November 27, 2024                               For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court