United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17854-amc |
| Daniel A Formica | Chapter 13 |
| Marcie A Formica | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 30, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel A Formica, Marcie A Formica, 1146 School House Lane, Quakertown, PA 18951-2453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NA bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NA jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOHN L. MCCLAIN | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: 195 | Total Noticed: 1 |

on behalf of Joint Debtor Marcie A Formica aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN

on behalf of Debtor Daniel A Formica aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

MARIO J. HANYON

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]

ECFMail@ReadingCh13.com

THOMAS SONG

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, et.al. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Daniel A Formica and Marcie A Formica  : Case No. 19−17854−amc

    Debtor(s)

### ORDER
_____

AND NOW, this day , December 30, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

94
Form 195